IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 11-29-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| IREN MANN MCCURDY, | |
| Defendant. | |

For the reasons stated on the record, IREN MANN MCCURDY is hereby released from the custody of the U.S. Marshals Service.

DATED this 29th day of September, 2016.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1