FILED
OCT - 4 2018
Clerk, US Bankruptcy Court
District Of Montana

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>IREN MANN MCCURDY,<br><br>Defendant. | CR 11-29-BLG-SPW<br><br>ORDER |

Pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and good cause being shown,

IT IS HEREBY ORDERED Iren Mann McCurdy's supervision is terminated as of the date of this Order.

The Clerk shall notify the U.S. Probation Office of the making of this Order.

DATED this 4th day of October, 2018.

SUSAN P. WATTERS
United States District Judge